UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAN BOYD, | ) |
| | ) |
| | ) No. C10-2971 BZ |
| | ) |
| Plaintiff(s), | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| | ) |
| OFFICE OF RISK INSURANCE MANAGEMENT, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

After this Court dismissed plaintiff's claim with leave to amend, on August 12, 2010, he filed an amended complaint. While the Court still has reservations about whether he has cured the jurisdictional problems set forth in my earlier Order, these are best resolved after the defendants have been served and appear.  The Marshal is therefore **ORDERED** to serve the amended petition filed August 12, 2010.

Dated: October 21, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOYD V. OFC RISK MGMT\ORDER RE AMENDED COMPLT.wpd

1