**United States District Court**
For the Northern District of California

**\*\*E-filed 3/14/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AKAN BOYD,

                Plaintiff,

    v.

OFFICE OF RISK  INSURANCE
MANAGEMENT, GOVERNMENT
CLAIMS PROGRAM, AND HIGHWAY
PATROL GOLDEN GATE DIVISION,

           Defendants.

_____/

No. C 10-2971 RS

**ORDER DISMISSING ACTION**

On January 24, 2011, an order entered dismissing the named defendants from this action, but granting leave for plaintiff to file an amended complaint naming as a defendant any individual state official as to which he could in good faith allege engaged in discrimination against him. The order advised plaintiff that if he did not file an amended complaint by February 28, 2011, the action would be dismissed and the file closed.  Plaintiff filed no amended complaint, and has subsequently filed a notice of appeal as to the January 24, 2011 order.  Accordingly, this action is hereby dismissed.  A separate judgment will be entered.

IT IS SO ORDERED.

Dated: 3/14/11

_____

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Akan Boyd
4014 Martin Luther King Jr. Way
Oakland, CA 94609


DATED:  3/14/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

United States District Court
For the Northern District of California